FILED

02/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0644

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 23-0644

| | |
|---|---|
| **IN RE THE MARRIAGE OF:** | ) |
| | ) |
| **MATTHEW ROBERTS,** | ) |
| | ) |
| **Petitioner and Appellee,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **FIDELA ROBERTS,** | ) |
| | ) |
| **Respondent and Appellant.** | ) |

_____

## ORDER GRANTING EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF

_____

Pursuant to authority granted under M. R. App. P. 26(1), Appellee is given an extension of time until March 29, 2024, to prepare, file, and serve Appellee's response brief.

**DATED** this ____ day of February 2024.


_____
Clerk of the Montana Supreme Court


Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 27 2024